UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GENEO C. SKARE,<br><br>Defendant. | Case No. 6:17-PO-5055-JCL<br><br>VIOLATION: FBGB0024<br><br>DISPOSITION CODE: PE<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated February 14, 2018, advising Plaintiff has reached an agreement with Defendant. Defendant has agreed to forfeit the amount of $180.00 and that Defendant requests that he be permitted to make monthly installment payments on the amount due.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $180.00, and shall do so by making payments at the rate of $20.00 per month. Defendant shall make his payments on or before the 30th day of each month beginning on March 30, 2018, and continuing thereafter until paid in full. His last payment will be due on or before November 30, 2018.

**IT IS FURTHER ORDERED** that the warrant that has been issued is **QUASHED**.

Defendant is directed to send his payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice(s) number listed above.

Alternatively, Defendant may make his payments through the website at www.cvb.uscourts.gov.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 12th day of March, 2018.

JEREMIAH C. LYNCH
United States Magistrate Judge